No. 271. PENNSYLVANIA EX REL. MASTER *v.* BALDI, SUPERINTENDENT. Superior Court of Pennsylvania. Certiorari denied. *David Berger* for petitioner.

No. 276. STORY, TRADING AS STORY & CO., *v.* SNYDER ET AL., TRUSTEES OF THE LIBRARY OF CONGRESS TRUST FUND BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Hugh H. Obear* and *Edmund D. Campbell* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *Harold S. Harrison* for respondents.

No. 288. FLEISCHMAN ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *O. John Rogge* and *Benedict Wolf* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 303. NEFF *v.* KANSAS. Supreme Court of Kansas. Certiorari denied. *W. L. Cunningham* for petitioner. *Harold R. Fatzer,* Attorney General of Kansas, *C. Harold Hughes,* Assistant Attorney General, and *Ford Harbaugh* for respondent.

No. 325. PAWLEY *v.* PAWLEY. Supreme Court of Florida. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *W. G. Ward, D. H. Redfearn* and *R. H. Ferrell* for peti-